# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION
### DOCKET NO. 5:06CR44-RLV-CH-1


| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| | ) | |
| LARRY EUGENE MORRISON | ) | |
| | ) | |

Defendant moved (Doc. 341) to retract certain statements he made in the course of this matter which he says are adverse to AUSA O'Malley and Special Agent Eddins. As this Motion was filed April 11, 2014, Defendant's Motion speaks for itself as an apology to these individuals, and it appears from the Bureau of Prisons inmate locater service that Defendant is scheduled for release on November 25, 2018.

In a second request, the Defendant requests (Doc. 317) a copy of his Docket Sheet, as well as various documents from his co-defendants' case files.

THEREFORE, IT IS, ORDERED that the Defendant's Motion to retract certain statements is now moot and will be DISMISSED and DENIED as such. IT IS, FURTHER, ORDERED, that the Defendant's request for a copy of his Docket Sheet at the Court's expense is GRANTED. However, the Defendant's request for copies of documents from co-defendants' case files is DENIED, as no grounds to support that request have been stated.

Signed: May 22, 2018

Richard L. Voorhees
United States District Judge